IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WAYNE GAMBRELL and ARTURO AYALA, <br> Plaintiffs, <br><br> v. <br><br> WEBER CARPET, INC., and JOE'S CARPET SPRINGFIELD, LLC, <br><br> Defendants. | ) ) ) ) ) ) Case No. 2:10-cv-02131-KHV-KMH ) ) ) ) ) ) |

**APPENDIX A TO JOINT STIPULATION OF SETTLEMENT**

As set forth in this Appendix A, the Settlement Payments will consist of three components: (1) "Wage Payments," (2) "Non-Wage Payments," and (3) "Attorneys' Fees, Expenses and Costs," each of which is described below. Settling Defendants will be responsible for the timely issuance of all checks, W-2 Forms, and 1099 Forms.

1. **Wage Payments** will consist of payments made to Settlement Class Members for alleged unpaid wages, including overtime. With respect to these Wage Payments, Settling Defendants will issue or cause to be issued a negotiable check made payable to each individual Settlement Class Member in the gross amount specified below, less deductions as are required by applicable law, including, but not limited to income tax withholding and the employee portion of any payroll taxes, such as withholdings under the Federal Insurance Contribution Act. Settling Defendants will pay, in addition to and apart from the Settlement Payments, the employer portion of any and all payroll taxes. Settling Defendants will use the most-recent W-4 exemption information provided by Settlement Class Members during their employment, if still available, for payroll withholding and tax reporting. Settlement Class Members and Class Counsel will cooperate with Settling Defendants to the extent they are required to provide accurate address

and, if necessary, new W-4 information to facilitate payroll withholding and tax reporting. Settling Defendants will report Wage Payments to Settlement Class Members on IRS Form W-2.

| Settlement Class Members | Gross Wage Payments |
|---|---|
| Arturo Ayala<br>9713 Woodson Drive<br>Overland Park, KS 66207 | $2,000.00 |
| James Blesie<br>7237 Lafayette<br>Kansas City, KS 66109 | $1,000.00 |
| Alfredo Caldera<br>2305 Shawnee Drive<br>Kansas City, KS 66106 | $500.00 |
| Fernando Caldera<br>2305 Shawnee Drive<br>Kansas City, KS 66106 | $1,000.00 |
| Luis Guerra<br>57 S 20th St<br>Kansas City, KS 66102 | $500.00 |
| Wayne Gambrell<br>8502 Larson Drive<br>Overland Park, KS 66214 | $500.00 |
| **Total Gross Wage Payments** | $5,500.00 |

2.  **Non-Wage Payments** will consist of payments made to Settlement Class Members for non-economic damages and non-wage economic damages. With respect to these Non-Wage Payments, Settling Defendants will issue or cause to be issued a negotiable check made payable to each individual Settlement Class Member in the amount specified below. There will be no tax withholding or other deductions from these checks. Settlement Class Members and Class counsel will cooperate with Settling Defendants to the extent they are required to provide accurate addresses and, if necessary, new W-9 information to facilitate tax reporting.

2

Settling Defendants will report Non-Wage Payment to Settlement Class members, to the extent required by law, on IRS Form 1099.

| Settlement Class Members | Non-Wage Payments |
|---|---|
| Arturo Ayala | $2,500.00 |
| James Blesie | $1,500.00 |
| Alfredo Caldera | $1,000.00 |
| Fernando Caldera | $1,500.00 |
| Luis Guerra | $1,000.00 |
| Wayne Gambrell | $1,000.00 |
| **Total Non-Wage Payments** | $8,500.00 |

3. **Attorney's Fees, Expenses and Costs** will consist of payment to Class Counsel for court costs, advanced expenses and other out-of-pocket expenditures incurred by Class Counsel, as well as for recovery of Class Counsel's attorney's fees, in investigating, bringing, maintaining, and prosecuting this Action. Subject to the approval of the Court and the other terms and conditions set forth herein, Defendants shall pay Class Counsel an amount approved by the Court, up to a total of Forty Thousand Three Hundred Seventy-Five Dollars ($40,375.00), which amount was calculated based on 130 hours at an hourly rate of $295.00, plus costs in the amount of $2,025.00. Any part of this amount not approved by the Court shall be returned or retained by Defendants. With respect to this payment for Attorney's Fees, Expenses and Costs, Settling Defendants will deliver or cause to be delivered a check in the amount of Thirteen Thousand One Hundred Eighty Seven Dollars and Fifty Cents ($13,187.50) to Class Counsel no later than fifteen business days after the Court's entry of a Final Order. Thereafter, for a period of six (6) months, Settling Defendants will deliver or cause to be delivered to Class Counsel, on

or before the 15th day of each month, a check in the amount of Four Thousand Five Hundred Thirty One Dollars and Twenty-Five Cents ($4,531.25).  There will be no tax withholding or other deductions from these payments.  Settling Defendants will report these payments to Class Counsel on IRS Form 1099 and a proportionate share of this payment to each of the Settlement Class Members on IRS Form 1099 to the extent required by law.

**Total Fees and Costs**                             $40,375.00